STATE of Missouri, Respondent,

v.

Avril OWENS, Appellant.

No. WD 63644.

Missouri Court of Appeals,
Western District.

July 25, 2006.

William J. Swift, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., HOWARD and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Avril Owens appeals the judgment of the trial court, convicting him of one count of second degree murder, under section 565.021, RSMo 2000, and one count of armed criminal action, under section 571.015, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).